# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

| | |
|---|---|
| Case Title: Athar Akhtar; Nighat Jamal; | Case Number: 19-16195 |

An appearance is hereby filed by the undersigned as attorney for:
**Pingora Loan Servicing, LLC**

Attorney name (type or print):   Crystal V. Caceres

Firm:   Anselmo Lindberg & Associates LLC

Street address:   1771 W. Diehl Road, Suite 120 | Naperville, IL 60563

Bar ID Number:   6300765                     Telephone Number:   **(630) 453-6960**
(See item 3 in instructions)

Email Address:   bankruptcy@AnselmoLindberg.com

| | |
|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes  ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes  ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes  ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes  ☒ No |

If this is a criminal case, check your status.
  ☐ Retained Counsel
  ☐ Appointed Counsel
      If appointed counsel, are you
      ☐ Federal Defender
      ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: <u>06/19/2019</u>

Attorney signature:   /S/ <u>Crystal V. Caceres</u>
                  (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>June 19, 2019</u> a true and correct copy of the foregoing NOTICE OF ATTORNEY APPEARANCE was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David H Cutler, Debtor's Counsel

    Marilyn O Marshall, Trustee

    Patrick S Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

    Athar Akhtar, 5519 Oakton St, Morton Grove, IL 60053

    Nighat Jamal, 5519 Oakton St, Morton Grove, IL 60053

    /s/Heather Bialobok
ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
B19060025